**RECEIVED**
JUN 08 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
_____ DIVISION

SIDNEY KEYS
1000 N. 19th STREET
ST. LOUIS MISSOURI
63106

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

USAA INSURANCE CO
9800 FREDERICKSBURG
SAN ANTONIO, TEXAS 78288
CEO PEACOCK, WAYNE

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No. _____
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☒ Yes  ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sidney Keys
Street Address: 1000 N. 19th Street
City and County: St. Louis
State and Zip Code: Missouri 63106
Telephone Number: (404) 671-0010
E-mail Address: Keyscustomkreations750@gmail.c

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: USAA Insurance Company
Job or Title: CEO Peacock, W.
Street Address: 9800 Fredericksburg
City and County: San Antonio
State and Zip Code: Texas 78288
Telephone Number:
E-mail Address:

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A. **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

C. **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    1. The Plaintiff(s)

        The plaintiff, *(name)* SIDNEY KEYI, is a citizen of the State of *(name)* MISSOURI.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, (name) ~~N/A~~, is a citizen of the State of (name) ~~N/A~~ ~~or is a citizen~~ of (foreign nation) ~~N/A~~.

If the defendant is a corporation

The defendant, (name) **USAA INSURANCE** is incorporated under the laws of the State of (name) **TEXAS**, and has its principal place of business in the State of (name) _____ Or is incorporated under the laws of the State of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*: **WHATEVER THE JURY DECIDES**

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

(1) I CALLED TO REPRESENTATIVE AT USAA AUTO INSURANCE AND THE FIRST REPRESENTATIVE QUOTED MYSELF SIDNEY KEYS $177.00 PER MONTH.

(2) THE SECOND LADY REP QUOTED MYSELF SIDNEY KEYS $254.00 PER MONTH AND CHARGED AN EXTRA $300.00 THAT SHE SAID I OWED THEM WHICH IS FALSE.

(3) THE LADY REP ASKED ME IF I WAS AFRICAN AMERICAN, I DID NOT RESPOND

(4) USAA INSURANCE COMPANY OVER CHARGED ME FOR AUTO INSURANCE BASED ON RACISM AND RACIAL PROFILING.

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

(5) I SIDNEY KEYS HAVE BEEN DRIVING FOR OVER FORTY (40) YEARS AND I HAVE NEVER HAD AN ACCIDENT NOR ANY MOVING VIOLATION. MY DRIVING RECORD IS CLEAN, THE VEHICLE THAT I HAVE INSURED THROUGH USAA IS A 2011 FORD EDGE.

Sidney Keys

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐   No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __June__, 20__23__.

Signature of Plaintiff(s) _____

6